**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---

GIASSON AEROSPACE SCIENCE, INC. and
GIASSON DESIGN, INC.,

      Plaintiffs,

Case No. 14-11358

v.

RCO ENGINEERING, INC.,

      Defendant.

_____/

**ORDER DIRECTING BRIEFING**

On January 28, 2015, the court conducted a status conference. At the conference, the court expressed a willingness to allow Defendant RCO Engineering, Inc. ("RCO") to file a supplemental brief on whether Plaintiffs' sole remedy for the remaining cause of action must be adjudicated under the standards of Federal Rule of Civil Procedure 60(b). In the course of the briefing, the parties are directed to address the applicability, if any, of *Triplett v. St. Amour*, 507 N.W.2d 194 (Mich. 1993) and *Dauod v. De Leau*, 565 N.W.2d 639 (Mich. 1997) to the instant case. The parties should also discuss whether Plaintiffs' claims must be adjudicated in a Rule 60 motion in the original action, if the court agrees that the Rule 60 standards apply. Accordingly,

IT IS ORDERED that Defendant RCO is directed to file a brief of no longer than 10 pages by **Friday, February 20, 2015**.

IT IS FURTHER ORDERED that the parties are directed to meet and confer as to the necessary time for Plaintiffs to respond to the brief and submit a stipulated order to the court by **Friday, February 27, 2015**.

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: February 5, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 5, 2015, by electronic and/or ordinary mail.

        s/Lisa G. Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522