**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

GIASSON AEROSPACE SCIENCE, INC.
and GIASSON DESIGN, INC.,

    Plaintiffs,

v.                                                  Case No. 14-11358

RCO ENGINEERING, INC.,

    Defendant.
                                                   /

**JUDGMENT**

In accordance with the court's "Opinion and Order Dismissing Case," dated May 9, 2016,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant RCO Engineering, Inc. and against Plaintiffs Gaisson Aerospace Science, Inc. and Giasson Design, Inc. Dated at Detroit, Michigan, this 9th day of May 2016.

                                      S/Robert H. Cleland
                                      ROBERT H. CLELAND
                                      UNITED STATES DISTRICT JUDGE

Dated: May 9, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 9, 2016, by electronic and/or ordinary mail.

                                      S/Lisa Wagner
                                      Case Manager and Deputy Clerk
                                      (313) 234-5522